AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

SEALED

for the

Eastern District of California

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
RONY DE JESUS SICAJA

Case No. 1:26-cr-00210-FJS

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 7, 2022, and November 5, 2024 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 611 | Voting by Alien |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated by reference as though fully set forth herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Britton Wallace, FBI Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 16, 2026

*Judge's signature*

City and state: Fresno, California

Hon. Frank J. Singer, U.S. Magistrate Judge

*Printed name and title*

ERIC GRANT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONY DE JESUS SICAJA,<br>Defendant. | CASE NO.<br>AFFIDAVIT OF FBI Agent Britton Wallace |

I, Britton Wallace, being sworn, depose and state the following:

**INTRODUCTION**

1. This affidavit is in support of a complaint and arrest warrant for **RONY DE JESUS SICAJA** for violation of Title 18, United States Code, Section 611, Voting by Aliens.

2. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **RONY DE JESUS SICAJA**.

**AFFIANT'S BACKGROUND**

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2021. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent of the FBI, I am authorized

to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I am responsible for investigations involving civil rights violations, complex financial crimes, public corruption and healthcare fraud. I have gained experience through previous investigations and through training and classes.

4. The facts set forth in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this case. This Affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant and does not set forth all my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all dates are on and about, and all amounts are approximate.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that **RONY DE JESUS SICAJA** violated the following laws of the United States:

a. Count One: **RONY DE JESUS SICAJA**, an alien, and citizen and national of Guatemala, and lawful permanent resident of the United States, and having registered to vote in 2017, and fully knowing he was not a United States citizen, on or about November 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

b. Count Two: **RONY DE JESUS SICAJA**, an alien, and citizen and national of Guatemala, and lawful permanent resident of the United States, and having registered to vote in 2017, and fully knowing he was not a United States citizen, on or about June 7, 2022, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

**PROBABLE CAUSE**

6. Between September 2, 2026, and September 4, 2026, special agents with the FBI served grand jury subpoenas on the California Secretary of State, the Fresno Registrar of Voters, and the California Department of Motor Vehicles ("DMV") seeking voter registration, voting history, and address information for **RONY DE JESUS SICAJA.** By October 1, 2026, the FBI had received substantive responses for every subpoena served. The Department of Homeland Security Investigations ("HSI") provided the FBI with the Alien File ("A-File") for **RONY DE JESUS SICAJA.**

7. The subpoena returns from the Secretary of State showed the following: On June 1, 2017, **RONY DE JESUS SICAJA** registered to vote in California and the Secretary of State's voting data listed **RONY DE JESUS SICAJA's** place of birth as California. On June 12, 2023, **RONY DE JESUS SICAJA** filed a correction of address form confirming his residential address in Fresno ("Fresno Address"), California, but correcting his mailing address from a different address in Fresno, to a PO Box ("PO Box Address") in Fresno instead. **RONY DE JESUS SICAJA** filled out the form by hand and signed the form. The Secretary of State's voter participation records further indicated that **RONY DE JESUS SICAJA** potentially voted in two elections, one in 2022 and one in 2024.

8. The returns from the Fresno County Registrar of Voters showed that **RONY DE JESUS SICAJA** voted in the June 7, 2022 statewide primary election and the November 5, 2024 Presidential general election. The records further indicated that **RONY DE JESUS SICAJA's** ballots were mail-in ballots and submitted by mail. The June 7, 2022 election ballot was received on June 7, 2022 and November 5, 2024 was received on November 7, 2024. The returns also included a scan of the ballot envelope submitted in the November 2024 election. The submitted ballot envelope included **RONY DE JESUS SICAJA**'s name, the Fresno Address, and **CAMLO GILES JIMENEZ's** signature. **RONY DE JESUS SICAJA's** signature appears to match the signature on the correction of address form he submitted on June 12, 2023.

9. The returns from the DMV list both the Fresno address and the PO Box Address as associated with **RONY DE JESUS SICAJA** as of 2019. Further, the driver's license application submitted by **CAMLO GILES JIMENEZ** to the DMV was handwritten and the signature appears to be

the same as the ballot envelope. Further, the application has the same date of birth as the Secretary of State records. The proof of **RONY DE JESUS SICAJA's** identity on file with the DMV was his Lawful Permanent Resident card, which indicated that **CAMLO GILES JIMENEZ** was born in Guatemala.

10. **CAMLO GILES JIMENEZ's** A-File contains his birth certificate showing he was born in Guatemala and has the same date of birth as the DMV records and the voter registration application. It further shows that **CAMLO GILES JIMENEZ** was granted lawful permanent resident status on October 16, 2012. As part of his application for permanent residency, **RONY DE JESUS SICAJA** attested that in the past, he had accepted employment without authorization and that he was in an unlawful immigration status because he had previously entered the United States without inspection or remained in the United States past the expiration of lawful admission. On September 23, 2026, **RONY DE JESUS SICAJA** was interviewed by officers with the United States Customs and Immigration Services ("USCIS") as part of his naturalization application. **RONY DE JESUS SICAJA** made a sworn statement in that interview and signed and initialed that statement. In the statement, **RONY DE JESUS SICAJA** attested to the same date of birth that appeared in the Secretary of State records and that he was born in Guatemala. He further attested that he was a legal permanent resident and denied ever claiming to be a United States citizen. He further denied ever registering to vote in the United States or voting in any elections in the United States. When confronted with his voting history, **RONY DE JESUS SICAJA s**aid he had received information to register to vote but did not because it says you have to be a citizen. He did admit to signing something in 2017 at a store, but said he was not asked if he was a citizen. He denied ever voting in an election but then said he may have voted one time, but it was for local voting.

## CONCLUSION

11. I believe the above facts set forth probable cause to believe that **RONY DE JESUS SICAJA's** knowing he was not a United States citizen, knowingly voted in two elections in November 2024 and June 2022 respectively, held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives all in violation of Title 18, United States Code, Section 611, voting by an alien.

12. Based on the foregoing, there is probable cause to believe that **RONY DE JESUS SICAJA** violated Title 18, United States Code, Section 611, voting by an alien.

13. I respectfully request that a criminal complaint and arrest warrant be issued for **RONY DE JESUS SICAJA** for this violation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Britton Wallace
Federal Bureau of Investigation

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on October 16, 2026.

HON. Frank J. Singer
United States Magistrate Judge

Reviewed as to form.

*/s/ Justin Gilio*
Justin Gilio
Assistant United States Attorney