ERIC GRANT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONY DE JESUS SICAJA,<br>Defendants. | CASE NO. 1:26-cr-00210-FJS<br><br>ORDER TO SEAL CASE<br><br>**Filed Under Seal** |

Upon application of the United States and good cause having been shown, the criminal complaint, arrest warrant, and all other documents filed in this case shall be sealed and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED

Dated: October 16, 2026

Honorable Frank J. Singer
United States Magistrate Judge